# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Date of Notice: October 24, 2019

| UNITED STATES | CRIMINAL ACTION |
|---|---|
| v. | |
| **DONALD D.A. JONES** | **NO. 17-563-01** |
| **DONALD ANDREW JONES** | **NO. 19-462** |

## NOTICE

**TAKE NOTICE** that the above-entitled case has been set for **SENTENCING** on **Monday, December 16, 2019** at **2:00 p.m.** before the Honorable Jan E. DuBois, in Courtroom 12-B, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

**DEFENDANT, WHO IS NOT IN CUSTODY, SHALL APPEAR AS STATED ABOVE. IF DEFENDANT FAILS TO APPEAR AS DIRECTED, A BENCH WARRANT WILL BE ISSUED.**

At least one (1) week before sentencing, the parties shall file and serve sentencing memoranda which set forth any legal authority upon which they will rely at sentencing. Any downward departure motions under § 5K1.1 of the United States Sentencing Guidelines and 18 U.S.C. § 3553(e) shall be filed and served at least one (1) week before sentencing. Motions other than downward departure motions under § 5K1.1 of the United States Sentencing Guidelines and 18 U.S.C. § 3553(e) shall be filed and served at least two (2) weeks before sentencing. Responses to any such motions shall be filed and served at least one (1) week before sentencing. One (1) copy of each sentencing memorandum and each motion and response shall be served on the Court (Chambers, Room 12613) <u>and</u> the United States Probation Officer when the original is filed.

                                                Very truly yours,

                                                <u>/s/ Ms. M. Hull</u>
                                                Deputy Clerk to Judge Jan E. DuBois

**[] INTERPRETER REQUIRED**
**THIS PROCEEDING HAS BEEN RESCHEDULED FROM: November 8, 2019**

                    Notice to:
                          Defendant (U.S. Mail)
                          Alan J. Tauber, Esq. (via email)
                          Eric L. Gibson, AUSA (via email)
                          U.S. Marshal (via email)
                          Michael Lott, Probation Office (via email)
                          Brittney Brooks, Pretrial Services (via email)
                          Crystal Wardlaw (via email)